No. 12–6247. DANIELS v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6261. MOSS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–6263. SMITH-JETER v. CITY OF COLUMBIA, SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 12–6264. JOHNSON v. OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C., ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6270. JACKSON v. PERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6272. SCHNEIDER v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6279. JOHNSON v. HENDRICK AUTOMOTIVE GROUP ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–6285. WATTS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–6286. WILKENS v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6293. NUNES v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 12–6300. LYONS v. KING. C. A. 5th Cir. Certiorari denied.

No. 12–6302. CROFT, AKA DARK HORSE v. HENRY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–6308. WILLIAMS v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 12–6316. BAILEY v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.